IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MYNOR GUTIERREZ** *Plaintiff* | : : : | **CIVIL ACTION** NO. 13-3012 |
| v. | : : | |
| **NORTH AMERICAN CERUTTI CORPORATION** and **OFFICINE MECCANICHE GIOVANNI CERUTTI, SpA** *Defendants* | : : : : : | |

# ORDER

**AND NOW,** this 9th day of December 2014, upon consideration of Defendant Officine Meccaniche Giovanni Cerutti SpA's ("OMGC") *motion to dismiss Plaintiff's claims against Defendant set forth in the second amended complaint pursuant to Fed. R. Civ. P. 12(b)(2)*, [ECF 28], Plaintiff's response in opposition thereto, [ECF 29], Defendant North American Cerutti Corporation's reply, [ECF 32], Defendant OMGC's reply, [ECF 33], and Defendant OMGC's supplemental memorandum in support of its motion to dismiss, [ECF 34], it is hereby **ORDERED**, consistent with the accompanying memorandum opinion, that the motion to dismiss for lack of personal jurisdiction is **GRANTED**, and Defendant OMGC only is dismissed from this action.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.